IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR-23-00180-JD |
| | ) |
| JOHNATHAN JOHNSON, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Defendant Johnathan Johnson has submitted a letter to the Court. [*See* Doc. No. 52]. The Court does not act on correspondence. Requests for court action must be in the form of a motion. *See* Fed. R. Crim. P. 47(a)–(b); LCrR12.1(d).

Additionally, because Defendant is represented by counsel in this case, *see* Entry of Appearance by Craig M. Hoehns [Doc. No. 3], all requests for relief should be made by counsel. *See United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008) (unpublished) ("[W]hen defendants have the assistance of counsel, courts need not consider any filings made *pro se*." (citing *United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976)); *United States v. McKinley*, 58 F.3d 1475, 1480 (10th Cir. 1995) ("[T]here is no constitutional right to a hybrid form of representation . . . .").

Defendant's counsel is directed to send a copy of this Order to Defendant Johnathan Johnson.

IT IS SO ORDERED this 27th day of September 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE